### 3273.  MOORE v. SOUTHERN EXPRESS CO.

POWELL, J.  The case was tried first before a magistrate, and then before a jury in the justice's court.  The evidence demanded a verdict for the defendant, but the jury found in favor of the plaintiff.  The defendant took the case, by certiorari, to the superior court.  The judge of the superior court rendered a final judgment in favor of the defendant, but added a direction that the magistrate dismiss the action in his court.  *Held*, that the judge should not have rendered final judgment, but should have sustained the certiorari, and should have sent the case back to the justice's court for another trial, with direction that if the evidence on the next trial was substantially the same as that on the former trial, the jury should render a verdict in favor of the defendant. *Holmes* v. *Pye*, 107 *Ga.* 784 (33 S. E. 816) ; *Baker* v. *Kendrick*, ante, 382 (71 S. E. 498).                              *Judgment reversed.*
DECIDED JUNE 29, 1911.

Certiorari; from Floyd superior court—Judge Maddox.  February 14, 1911.

*Eubanks & Mebane,* for plaintiff.

*J. Branham, Maddox, McCamy & Shumate, Robert C. & Philip H. Alston,* for defendant.

---

### 3277.  BECK & GREGG HARDWARE CO. v. LYNDON & CO.

POWELL, J.  The only assignment of error relied upon is as to the failure of the court to charge the jury "as to the issue involved in the letters," which were introduced in evidence.  As these letters of themselves presented no controlling issue, but merely illustrated the main issue, which was fairly submitted to the jury, the exception is not meritorious, especially as there was no written request to charge on this subject.
*Judgment affirmed.*
DECIDED JUNE 29, 1911.

Complaint; from city court of Washington—Judge Wynne.  February 24, 1911.

*F. H. Colley,* for plaintiff.

*J. M. Pitner,* for defendants.